UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

      Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

      Defendant.

Civil Action No. 24-3028 (RCL)

**JOINT STATUS REPORT**

Now come the Plaintiff, Protect the Public's Trust, and the Defendant, the U.S. Department of Health and Human Services ("HHS"), and respectfully submit this joint status report pursuant to the February 21, 2025 Minute Order of the Court in this Freedom of Information Act ("FOIA") case.

This matter involves Plaintiff's two FOIA requests from October and November 2023. *See* Compl. ¶¶ 9 and 13. As reported in prior JSRs, Defendant completed its search for records in response to Plaintiff's FOIA requests. There were 700 emails totaling approximately 4,937 pages, excluding attachments.

Only 455 consult pages remain to process. Defendant will continue processing the remaining records and issue productions of any responsive non-exempt portions as they are returned from consultation.

Pursuant to the Court's February 21, 2025 Minute Order, the parties will submit their next Joint Status Report on June 16, 2026.

Dated: April 14, 2026
      Washington, DC

/s/ *Karin Sweigart*
KARIN SWEIGART
Dhillon Law Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
ksweigart@dhillonlaw.com

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Thomas W. Duffey* _____
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*

- 2 -